**Electronically Filed
Supreme Court
SCPW-19-0000626
25-SEP-2019
02:04 PM**

SCPW-19-0000626

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

A.S. and J.S., Petitioners,

vs.

THE HONORABLE PAUL T. MURAKAMI, Judge of the Family Court of the
First Circuit, State of Hawaiʻi, Respondent Judge,

and

V.B.S., born 2017; DEPARTMENT OF HUMAN SERVICES,
STATE OF HAWAIʻI; FRANCES N. OGATA and
TIFFANY K.M. IGE, Guardians Ad Litem, Respondents.

---

ORIGINAL PROCEEDING
(FC-S NO. 17-1-00230)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of petitioners A.S. and J.S.'s petition for writ of mandamus, filed on September 6, 2019, the documents attached thereto and submitted in support thereof, and the record, it appears that, based on the information presented to this court, petitioners fail to demonstrate that they have a clear and indisputable right to the requested relief and that they lack alternative means to seek relief. Petitioners, therefore, are not entitled to the requested extraordinary writ. See Kema v. Gaddis, 91 Hawaiʻi 200, 204, 982 P.2d 334, 338 (1999)

(a writ of mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right to relief and a lack of alternative means to redress adequately the alleged wrong or obtain the requested action; such a writ is not intended to supersede the legal discretionary authority of the trial courts, cure a mere legal error, or serve as a legal remedy in lieu of normal appellate procedures). Accordingly,

IT IS HEREBY ORDERED that the petition is denied.

DATED:  Honolulu, Hawaiʻi, September 25, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson